AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**RANDALL G. CASSEDAY**
**DOB: XX/XX/53**
**PDID: XXX-XXX**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about _____**September 26, 2006**_____ in ___**WASHINGTON**___ county, in the

_____ District of ___**COLUMBIA  and elsewhere**___ defendant(s) did, (Track Statutory Language of Offense)

**did knowingly attempt to persuade, induce, entice or coerce a person under eighteen years of age to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008, by using a facility, that is, a computer and modem, connected to the Internet, which affected interstate commerce**

in violation of Title ___**18**___ United States Code, Section(s) ___**2422(b)**___ .

I further state that I am ___**DETECTIVE TIMOTHY PALCHAK**___, and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:          ☒ Yes   ☐ No

_____
Signature of Complainant
**DETECTIVE TIMOTHY PALCHAK**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at   ___**Washington, D.C.**_____
Date                                        City and State

_____        _____
Name & Title of Judicial Officer              Signature of Judicial Officer

# STATEMENT OF FACTS

1.       On Tuesday, September 26, 2006, your affiant, a detective with the Metropolitan Police Department, was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against Children (ICAC) Task Force.  Your affiant was operating out of a satellite office in Washington, D.C.  Your affiant logged into a Yahoo! Internet chat room using the screen name "XXXXXXXXXXX."  The defendant,  using the screen name "XXXXXXXXXXX" initiated contact with your affiant in a Yahoo! Internet chatroom.   Your affiant identified "XXXXXXXXXXX" as a thirteen year-old female child residing in the District of Columbia.  "XXXXXXXXXXX" identified himself as a fifty-three year-old male who usually resides in New York , but  was presently located  on New York Avenue, N.E. in Washington, D.C.

2.        During the course of the conversation the affiant and the defendant exchanged photographs via the Internet.  The affiant sent a picture of a young child in a bathing suit.  The defendant sent several photographs of himself including pictures of his erect penis, buttocks and face. The defendant then discussed having sex with "XXXXXXXXXXX." After sending a picture of his erect penis, defendant asked "XXXXXXXXXXX", "would mine fit inside u ok?" Also, defendant asked "XXXXXXXXXXX" "when is your period", and when "XXXXXXXXXXX" expressed concern about getting pregnant, defendant said, "id take it out before cumming". Defendant also asked "XXXXXXXXXXX" if she had pubic hair yet, asked her "do u want to see what a hard penis is like?", and he told "XXXXXXXXXXX" that "u could slide your pussy back and forth on it without going inside."

3.       The defendant  agreed to meet "XXXXXXXXXXX" at XXXX XXXXX Street, Northeast Washington, DC. at 9:30 p.m. on that same evening, September 26, 2006.  On September 26, 2006, at approximately 9:45 p.m. Law enforcement officers saw defendant driving a black Camry bearing New York tags at XXXXX Street and XXXXXXX Street, N.E. in Washington, D.C. This location is approximately one-quarter block away from XXXX XXXXX Street, N.E.  in Washington, D.C.  Defendant was identified as "XXXXXXXXXXX" who sent his own picture to "XXXXXXXXXXX".

4.       The defendant has been identified as Randall G. Casseday, date of birth XXX XX, XX53.  Contact between the penis and the vulva constitutes a sexual act which if performed by a person over the age of 18 years with a child under the age of 16 who is at least four years younger is a criminal offense under Title 22, District of Columbia code, Section 3008.

_____

DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF SEPTEMBER, 2006.


_____

U.S. MAGISTRATE JUDGE