IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 06-411-M-01 |
| ) | |
| RANDALL CASSEDAY, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, undersigned counsel – a member in good standing of this Court – respectfully moves this Honorable Court to admit Charlotte E. Cluverius *pro hac vice* to participate in court proceedings in the above-captioned case. Charlotte E. Cluverius is a member in good standing of the bar of the District of Columbia (D.C. Bar No. 493655).

Respectfully submitted,

Dated: September 29, 2006

Cary M. Feldman
D.C. Bar No. 202747
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, DC 20036
Phone: (202)466-8960
Fax: (202)293-8103
E-mail: caryf@ftlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 06-411-M-01 |
| ) | |
| RANDALL CASSEDAY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF CHARLOTTE E. CLUVERIUS IN SUPPORT OF
MOTION TO ADMIT COUNSEL PRO HAC VICE**

District of Columbia        ss:

   I, Charlotte Eugenie Cluverius, submit the following in support of the motion for my admission to practice *pro hac vice* before this Honorable Court:

1. I am an associate with the law firm of Feldesman Tucker Leifer Fidell LLP located at 2001 L Street, NW, Second Floor, Washington, D.C. 20036 having a telephone number of (202) 466-8960.

2. I am a member in good standing of the Bars of the District of Columbia (Bar No. 493655), Maryland, and Illinois. I have attached my most recent certification of good standing (January 2006, Illinois) and will file a more recent certification from the District of Columbia as soon as I receive it from that bar.

3. I have not been disciplined by any bar.

4. I have not previously been admitted *pro hac vice* to this Court.

Respectfully submitted,

_[signature]_
Charlotte E. Cluverius
D.C. Bar No. 493-655
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W.
Second Floor
Washington, DC 20036
Phone: (202)466-8960
Fax: (202)293-8103
E-mail: ccluverius@ftlf.com

*Counsel for Defendant Randall Casseday*

Dated: September 28, 2006

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Charlotte Eugenie Cluverius

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 17, 1999 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, January 06, 2006.

*Juleann Hornyak*

Clerk