UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | | |
| v. | : | MAGISTRATE NO. **06-0411M-01 (CR)** |
| | | |
| **RANDALL CASSEDAY,** | : | VIOLATIONS: 18 U.S.C. § 2422(b) |
| **Defendant.** | : | (Enticing a Minor); |
| | : | |
| | : | 18 U.S.C. §2252(a)(4)(B) and (b)(2) and §2256 |
| | : | (Possessing Material Constituting or |
| | : | Containing Child Pornography); |
| | : | |
| | : | D.C. Omnibus Public Safety Congressional |
| | : | Review Emergency Act of 2006, Act 16-445, |
| | : | § 209(d) |
| | : | (Enticing a Child) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about September 26, 2006, within the District of Columbia, **RANDALL CASSEDAY**,

knowingly attempted to persuade, induce, entice, and coerce an individual under the age of eighteen

to engage in sexual activity under such circumstances as would constitute a criminal offense by any

person under 22 D.C. Code § 3008.

(**Enticing a Minor**, in violation of Title 18, United  States Code, Section 2422(b))

**COUNT TWO**

On or about September 26, 2006, within the District of Columbia, the defendant, **RANDALL**

**CASSEDAY**, knowingly possessed a compact disc which contained any visual depiction that had

been mailed, and shipped and transported, in interstate and foreign commerce, and which was

produced using materials which had been mailed and so shipped and transported, by any means

including by computer, the production of which visual depiction involved the use of a minor

engaging in sexually explicit conduct, and which visual depiction was of such conduct.

(**Possessing Material Constituting or Containing Child Pornography,** in violation of
Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2) and 2256)

## COUNT THREE

On or about September 26, 2006,  within the District of Columbia, **RANDALL**

**CASSEDAY**,  being more than four  years older than the purported age of a person representing

himself to be a child under 16 years of age, that is, 13 years of age, attempted to seduce, entice,

allure, convince, and persuade that purported child to engage in a sexual act, that is, contact between

the purported child's vulva and **RANDALL CASSEDAY'S** penis.

(**Enticing a Child**, in violation of D.C. Omnibus Public Safety Congressional Review
Emergency Act of 2006, Act 16-445, Section 209(d)).

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: _____

PATRICIA STEWART
Assistant United States Attorney
Bar No. 358910
Federal Major Crimes Section
555 4th Street, N.W., Room 4247
Washington, D.C. 20530
(202) 514-7064