AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED

─────────── DISTRICT OF ───────────

NOV 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Randall Casseday

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-329

I, _Randall Casseday_, the above named defendant, who is accused of

_Enticement in violation 18 U.S.C § 2422(b)_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _November 20, 2006_ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_/s/ Randall Casseday_
Defendant

_/s/ Dani Jahn_
Counsel for Defendant

Before _/s/ Colleen Kollar-Kotelly_
Judicial Officer