UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

v.                                :          Criminal Case No. 06-329(CKK)

RANDALL CASSEDAY                  :

**FILED**

NOV 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF FACTS

The parties in this case, the United States of America and the defendant, Randall Cassedy, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that there exists probable cause that the defendant committed the offenses to which he is pleading guilty.

1. On September 26, 2006, using a laptop computer in the District of Columbia, the defendant entered a Yahoo Internet chat room. The defendant, using the screen name "Taurus51053" contacted an individual using the screen name "daddysgrl.dc". During the on-line chat, which lasted from approximately 7:23 p.m. until approximately 9:17 p.m., the defendant told "daddysgrl.dc". that he was on New York Avenue, N.E., that he had a wife and children in another state, that he rented a room in "Bowie" during the week and that he was 53 years old. He forwarded a photograph of himself that depicted his face.

2. A Metropolitan Police detective acting in an undercover capacity and using the screen name "daddysgrl.dc" stated that she was a 13 year old girl, that her name was Amanda, that she lived with her mother in the District of Columbia, that her father had engaged in some unspecified inappropriate sexual behavior with her and that she had not had sexual intercourse. The detective

sent to the defendant a photograph of a young girl in a swimming pool and represented that the photograph was of "Amanda".

3. During the chat, the defendant stated that he like "it when girls pee" and asked whether he could watch "daddysgrl.dc" urinate. The defendant forwarded to "daddysgrl.dc" several photographs of an erect penis, and referring to photographs, asked whether "it would fit inside" her. The defendant told "daddysgrl.dc" that she could "slide your pussy back and forth on it without going inside". When "daddysgrl.dc" expressed concern about becoming pregnant, the defendant stated that he would "take it out before cumming".

4. Following this exchange, the defendant made arrangements with "daddysgrl.dc" to meet for the purpose of engaging in sexual intercourse. The undercover detective as "daddysgrl.dc" said that she lived at 1317 Adams Street, N.E., in the District of Columbia, and the defendant instructed "daddysgrl.dc to be in front of that location at about 9:30 p.m.

5. At approximately 9:40 p.m. a Metropolitan Police detective observed the defendant operating a black Toyota Camry automobile bearing New York state license plates in the vicinity of the intersection of Adams, Downing and 13th Streets, N.E. The detective activated the lights on his cruiser and the defendant drove a short distance to the 1300 block of Brentwood Road, N.E. where he was arrested.

6. Subsequent investigation determined that the defendant was 53 years old, that he worked at the Washington Times building on New York Avenue, N.E., that he had entered that location on the evening of September 26, 2006 prior to the time "Taurus5053" contacted the undercover detective, that he was a resident of New York State and that he rented a room in Bowie, Maryland.

7. After the defendant's arrest, security personnel at the Washington Times building were notified and in the early hours of September 27, 2006, the defendant's office was locked and secured. Washington Times personnel maintained a presence at the office and prevented anyone from entering the office until the afternoon of September 27, 2006. On September 27, 2006, a United States District Court Magistrate Judge issued a search warrant authorizing the search of the defendant's office, and specifically of data storage devices in that location. The warrant was executed by Metropolitan Police detectives and a United States Secret Service Agent later the same date.

8. Among the items recovered during the search of the defendant's office was a Toshiba Satellite computer. The computer was one that defendant had obtained at his former place of employment and brought with him to the Washington Times. A forensic analysis of the computer by a United States Secret Service examiner was conducted. On the computer was the text of the internet chat between the defendant and the Metropolitan Police detective posing as "Amanda", a photography of two females who appeared to be in their teens, one of whom was urinating on the other, and the photograph of the young girl in the swimming pool that the undercover detective had forwarded to "taurus51053".

9. Also recovered during the search were several "memory sticks", storage devices for digital photographs. Several of the pictures that had been sent to "daddysgrl.dc", including pictures of the penises, and the picture of the defendant's face were located on the memory sticks.

10. After the search of the office was completed, Washington Times security staff changed the lock on the door to the office and resecured it. On September 28, 2006, Washington Times staff entered the office for the purpose of removing the defendant's personal possessions from the office. A staff member found a compact disc ("CD") in the defendant's desk. The CD was turned over to

3.

a detective who submitted it to the United States Secret Service for analysis.

11. The CD was found to contain at least ten images of child pornography, as defined in 18 U.S.C. § 2256. All of those images had traveled in interstate commerce by means of the Internet prior to coming into the defendant's possession. Two of the images were of children who had previously been identified by the National Center for Missing and Exploited Children. Both of the children were under the age of twelve when the photographs found on the CD were taken of them.

_____
PATRICIA STEWART
Assistant United States Attorney

_____
DANIELLE JAHN, Esquire
Attorney for Defendant

_____
RANDALL CASSEDAY
Defendant

November 20, 2006
Date

11/20/2006
Date