UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | CRIMINAL NO. 06-329 |
| | : | Judge Colleen Kollar-Kotelly |
| vs. | : | |
| | : | |
| RANDALL G. CASSEDAY | : | |
| | : | |
| Defendant | : | |

ORDER

That the U.S. Probation Department shall prepare and file a pre-sentence report for RANDALL G. CASSEDAY, by no later than February 2, 2007 ; and it is

FURTHER ORDERED that the Government shall file Memorandum in Aid of Sentencing, by no later than February 9, 2007; and it is

FURTHER ORDERED that the defendant shall file its response, by no later than February 12, 2007; and it is

FURTHER ORDERED that the defendant shall be sentenced in Courtroom #28A on February 15, 2007 at 9:00 a.m.

IT IS SO ORDERED,

Date: Nov 21, 2006

Colleen Kollar-Kotelly
United States District Judge

cc: Chambers      Probation
    File          Patricia Stewart, AUSA
    Pretrial      Danielle Jahn, AFPD