UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | Criminal Case No. 06-329(CKK) |
| **RANDALL CASSEDAY** | : | |

**MOTION FOR STATUS HEARING**

     The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court schedule a status hearing in this case on the earliest date convenient to the Court. In support of its motion the government states the following:

     1. The defendant was arrested on February 26, 2006 and charged by criminal complaint with attempted enticement of a minor in violation of 18 U.S.C. § 2422(b). The parties subsequently entered into plea negotiations after which the government filed an Information charging the defendant with attempted enticement of a minor in violation of 18 U.S. C. § 2422(b), (Count One), possession of material constituting or containing child pornography in violation of 18 U.S. C. §§ 2252(a)(4)(B) and (b)(2) and 2256, (Count Two), and enticing a child in violation of D.C. Omnibus Public Safety Congressional Review Emergency Act of 2006, Act 16-445, Section 209(d) (Count Three).

     2. The parties entered into a plea agreement that provided in relevant part that in exchange for the defendant's entering guilty pleas to the offenses of possession of child pornography and enticing a child, the government would dismiss the charge of attempted enticement of a minor at

sentencing. The agreement further provided that pursuant to Fed. R. Crim. P. 11(c)(1) the parties agreed that an appropriate sentence would be an aggregate sentence of 90 months imprisonment based upon consecutive sentences of 30 months for the pornography offense and 60 months for the offense of the enticing a child, to be served consecutively for an aggregate sentence of 90 months imprisonment.

3. On November 20, 2006, the defendant entered pleas of guilty to the offenses of possessing child pornography (Count Two) and enticing a child (Count Three). The Court accepted the plea conditionally, reserving final acceptance until after review of the pre-sentence report. Sentencing is scheduled to take place on February 15, 2007.

4. In the course of conducting the presentence investigation United States Probation Officer Michael Penders advised government and defense counsel that certain provisions of the District of Columbia Code would appear to prohibit the Court from imposing the sentence contemplated by the parties and set forth in the plea agreement t submitted to the Court for its approval. Accordingly, the government is requesting a hearing in this matter in order to bring this issue before the Court for its consideration in determining whether to accept the plea agreement submitted by the parties.

5. The government further requests that Probation Officer Penders appear at the hearing in order that he may advise the Court on this issue. Probation Officer Pender has advised undersigned counsel that he would be available to attend a hearing through the week of December 18, 2006 after which he will be on leave until January 2007.

6. Undersigned counsel has advised defense counsel of the government's intent to seek a hearing in this matter. Government counsel is authorized to represent that defense counsel, Danielle Jahn, Esquire, agrees with the government's request for a hearing. She has provided government

counsel with dates and times at which she is available to appear at such a hearing.

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government requests that the Court schedule a status hearing in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


BY: _____/s/_____
PATRICIA STEWART
Assistant United States Attorney
D.C. Bar No. 358910
555 4th Street, N.W. Room 4247
Washington, D.C. 20350
(202)514-7064
Patricia.Stewart@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **Criminal Case No. 06-329(CKK)** |
| **RANDALL CASSEDAY** | : | |

## ORDER

UPON CONSIDERATION of the government's motion for a status hear, the lack of opposition thereto, for the reasons set forth in the government's motion, the record herein and for good cause shown, it is this _____ day of December 2006

ORDERED that the government's motion is granted and it is

FURTHER ORDERED, that a status hearing shall be held in Courtroom #28A on _____ at _____.

_____          _____
                                                              Colleen Kollar-Kotelly
                                                              United States District Judge

copy to:
Probation Officer Michael J. Penders
Micahel_Penders@dcp.uscourts.gov