UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

v.                               :   Criminal Case No. 06-329(CKK)

RANDALL CASSEDAY                 :

ORDER

UPON CONSIDERATION of the government's motion for a status hearing, the lack of opposition thereto, for the reasons set forth in the government's motion, the record herein and for good cause shown, it is this __6th__ day of December 2006

ORDERED that the government's motion is granted and it is

FURTHER ORDERED, that a status hearing shall be held in Courtroom #28A on **Monday, Dec. 18, 2006,** at **3:00 p.m.**

Colleen Kollar-Kotelly
United States District Judge

copy to:
Probation Officer Michael J. Penders
Micahel_Penders@dcp.uscourts.gov