HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-329</u> |
| vs. | : | SSN: _____ |
| CASSEDAY, Randall | : | Disclosure Date: <u>January 12, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✗) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Prosecuting Attorney                                        Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Randall Casseday_  1/25/2007          _[signature]_  1/25/07
Defendant                   Date            Defense Counsel        Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 26, 2007</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Acting Chief
      United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

January 26, 2007

Michael Penders
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242

          Re:    United States v. Randall Casseday
                  Criminal No.: 06-329 (CKK)

Dear Mr. Penders:

      Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above case, dated January 11, 2007.

**Objections and Comments**

      1.    Mr. Casseday requests that Paragraph 43 on Page 8 of the Presentence Report reflect that he left Bowling Green State University in December 1973 and joined the Unification Church in January 1974.

      2.    Mr. Casseday requests that Paragraph 45 on Page 8 of the Presentence Report be modified to reflect that Injung is his daughter.

      3.    Mr. Casseday requests that Paragraph 46 on Page 9 of the Presentence Report be modified to reflect that he moved to Dobbs Ferry, New York in 1998.

      4.    Mr. Casseday requests that Paragraph 57 on Page 10 of the Presentence Report be modified to reflect that he studied at Bowling Green State University until December 1973.

      5.    Mr. Casseday requests that Paragraph 60 on Page 10 of the Presentence Report be modified to reflect that Kahr Arms was founded by Reverend Moon's son, Justin Moon.

6.  Mr. Casseday requests that Paragraph 73 on Page 13 of the Presentence Report be modified to reflect that had he been convicted on Count One, he would have been subject to a sentence no less than 10 years. This law was changed in July 2006. Further, the guideline calculations for Enticing a Minor, pursuant to 18 U.S.C. § 2422(b), would have been significantly lower than the mandatory minimum sentence required (i.e. adjusted base offense level of 23, thereby a range of 46 to 57 months).

Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

Dani Jahn
Assistant Federal Public Defender

cc:  Pat Stewart
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

**To:** Michael Penders
**Fax#:** 273-0242
**Re:** **PSR Response**
**Date:** January 26, 2007
**Pages:** 4, including this cover sheet.

# FACSIMILE

From the desk of...

Dani Jahn
Assistant Federal Public Defender
Federal Public Defender - Washington, D.C.
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004

202/208-7500
Fax: 202/501-3829

## CONFIDENTIALITY NOTE

*The documents accompanying this telefax contain information from the FEDERAL PUBLIC DEFENDER, DISTRICT OF COLUMBIA, which is confidential or privileged. The information is intended for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any copying, disclosure, distribution or use of the contents of this telecopied information is prohibited. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you.*