HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-329</u> |
| vs. | : | SSN: _____ |
| CASSEDAY, Randall | : | Disclosure Date: <u>January 12, 2007</u> |

**FILED**

FEB 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        January 24, 2007
Prosecuting Attorney                            Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____    _____    _____
Defendant                        Date                 Defense Counsel              Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 26, 2007</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Gennine A. Hagar, Acting Chief
United States Probation Officer

Receipt and Acknowledgment                                            Page 2

1. Paragraph 73, page. 13

The report states that if the defendant had pled guilty to or were found guilty of Count One of the Information he would be subjected to a term of no less than five or more than 30 years incarceration. The Adam Walsh Child Protection and Safety Act took effect on July 27, 2006. Pursuant to Section 203 of the Act the penalty for violation of 18 U.S.C. § 2422(b) was increased to a mandatory minimum term of ten and a maximum term of life imprisonment. Because the offense conduct in this case occurred after July 27, 2006, the defendant would be subject to the increased penalty provision.

2. Paragraph 82, page 13

The report states that pursuant to the relevant provisions of the District of Columbia Code, the defendant must register as a sex offender for at least ten years based upon his conviction on Count Three, which is a registration offense under the District of Columbia Code. Because the offense conduct underlying Count Three occurred after passage of the Adam Walsh Act on July, 27, 2006, the provisions of that statute with respect to sex offender registration are applicable.

Section 112 of the Act provides that "each jurisdiction shall maintain a jurisdiction-wide sex offender registry conforming to the requirements of [the Act]".

Section 111(10) defines "jurisdiction" as including the District of Columbia

Pursuant to Section 111(3)(a)(ii) of the Act, an offender who has committed an offense comparable to 18 U.S.C. § 2422(b), or attempted to commit such an offense, is classified as a Tier II offender. Section 115 provides that the full registration period for a Tier II offender is 25 years.

The District of Columbia Code offense of Enticement of a Child as set forth in the DC Omnibus Public Safety Congressional Review Emergency Act of 2006 is comparable to the offense of Coercion and Enticement set forth in 18 U.S.C.§2422(b) in that the essential elements of both offenses are the same.

Signed by: _____
           (Defendant/Defense Attorney/AUSA)

Date: January 24, 2007