UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**RANDALL CASSEDAY**<br><br>Defendant. | Criminal No. **06-329** (CKK)<br>(Civil Action No. 08-332) |

**FILED**
FEB 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

On February 19, 2008, *pro se* Petitioner, Randall Casseday, filed *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.* Upon review of the record, the Court concludes that it would benefit from a response by the United States.

Accordingly, it is, this 27 of February, 2008, hereby

**ORDERED** that the United States shall file a response to Mr. Casseday's *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody*, by no later than April 27, 2008.

　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

Randall Casseday, USM 28791-016
Federal Correctional Institute
P.O. Box 1000
Loretto, PA 15940

Robert D. Okun
Chief, Special Proceedings Section
United States Attorney's Office
555 Fourth Street, NW
Room 11-858
Washington, DC 20001

