UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| | *   Criminal No. 06-329 (CKK) |
| | *   (Civil Action No. 08-332) |
| **v.** | * |
| | * |
| **RANDALL CASSEDAY,** | * |
| Defendant. | * |

### NOTICE OF APPEARANCE (SUBSTITUTION OF COUNSEL)

The United States, by and through its attorney, the United States Attorney's Office for the District of Columbia, hereby informs the Court that Assistant United States Attorney Margaret J. Chriss is counsel of record on behalf of the United States in the above-captioned case. AUSA Chriss will substitute for AUSA Patricia Stewart as counsel of record in this matter.

March 4, 2008                                    Respectfully submitted,

                                                         JEFFREY A. TAYLOR
                                                        United States Attorney
                                                        D.C. Bar Number 498-610

                                                        ROBERT D. OKUN
                                                        Assistant United States Attorney
                                                        Chief, Special Proceedings Division
                                                        D.C. Bar Number 457-078


                                                        ___/s/_____
                                                        MARGARET J. CHRISS
                                                        Assistant United States Attorney
                                                        D.C. Bar Number 452-403
                                                        Special Proceedings Division
                                                        555 4th Street, N.W.
                                                         Washington, D.C.  20530
                                                        (202) 307-0874
                                                        Margaret.Chriss@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, this 4th day of March 2008, a copy of the foregoing Notice of Appearance (Substitution of Counsel) was served via first class mail, postage pre-paid, upon:

Mr. Randall Casseday
Fed. Reg. # 28791-016
FCI Loretto
P.O. Box 1000
Loretto, PA 15940

                                            /s/
                                   Assistant United States Attorney