UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | Criminal No. 06-329 (CKK) |
| | * | (Civil Action No. 08-332) |
| v. | * | |
| | * | |
| RANDALL CASSEDAY, | * | |
| Defendant. | * | |

FILED
APR - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the United States' Motion for an Order Finding Waiver of Attorney-Client Privilege with Respect to the Claims of Ineffective Assistance of Counsel Raised in Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, it is hereby:

ORDERED that the attorney-client privilege as it applies to defendant's former counsel, Danielle Jahn, in relation to the ineffective assistance of counsel claims raised by defendant in his pro se Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and his memorandum in support thereof, shall be deemed waived;

And it is FURTHER ORDERED that Ms. Jahn shall be permitted to discuss her representation of the defendant with the United States, disclose to the United States any documents in her possession that relate to defendant's ineffective assistance of counsel claims, provide an affidavit or declaration (if necessary) relating to these claims, and testify at an evidentiary hearing (if necessary) with respect to her representation of the defendant in this case.

SO ORDERED.

COLLEEN KOLLAR-KOTELLY
United States District Court Judge

April 7, 2008

Copies to:

Margaret J. Chriss
Assistant United States Attorney

Mr. Randall Casseday
Fed. Reg. # 28791-016
FCI Loretto
P.O. Box 1000
Loretto, PA 15940