IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to: Judge
AUSA – Special Proceeding
Dft.

RANDALL CASSEDAY, )
    Petitioner, pro-se, )
     ) Criminal Case No. 06-329(CKK)
     ) Civil Case No. 08-322
    Vs. )
     )
UNITED STATES OF AMERICA, )
    Respondent. )

FILED
APR 11 2008
Clerk, U.S. District and
Bankruptcy Courts

MOTION TO RECEIVE SPECIFIED COURT DOCUMENTS REPRODUCED AT GOVERNMENT'S EXPENSE PURSUANT TO 28 U.S.C. §§2250 and 753(f)

    TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA.

    **COMES NOW,** Randall Casseday, pro-se in forma pauperis, respectfully moves this Honorable Court to order that the Clerk of this District Court reproduce "a true copy of the following documents":

    1) The Arraignment Transcripts
    2) The Complete Plea Colloquies Transcripts
    3) The Complete Sentencing Transcripts
    4) The Search Warrant(s)
    5) The Criminal Docket Sheet

    It is further requested that these documents and transcripts be provided forthwith in the spirit that petitioner would have complete documentary information preparing the above motions for his Appellate preparation and Habeas Corpus challenge of the Constitutionality of his sentencing.

    **WHEREFORE,** It is prayed that this Honorable Court grant this motion.

DATED this 8th day of April, 2008.

    Respectfully submitted,

                                                   */s/ Randall Casseday*
                                                   Randall Casseday
                                                   USM 28791-016

## CERTIFICATE OF SERVICE AND MAILING

      I, RANDALL CASSEDAY HEREBY SWEAR: under penalty of perjury pursuant to 28 U.S.C. :1746(2), that a true and complete copy of the foregoing motion was placed in the mailbox of the FCI Loretto this 8th day of April, 2008, First Class postage prepaid addressed to the following:

CLERK OF THE COURT
Nancy Mayer-Whittington, District Clerk
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave. NW
Washington, DC  20001

Margaret J. Chriss, AUSA
Office of the United States Attorney
Special Proceedings Division
555 4th Street
Washington, DC  20530

*Randall Casseday*
Randall Casseday, Petitioner
USM 28791-016
Federal Correctional Institute
P.O. Box 1000
Loretto, PA  15940