UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RANDALL CASSEDAY,<br><br>Defendant. | Criminal No. **06-329** (CKK)<br>(Civil Action No. 08-332)<br>**FILED**<br>APR 1 5 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**
(April 15, 2008)

Mr. Casseday has filed a [35] Motion to Receive Specified Court Documents Reproduced at Government's Expense Pursuant to 28 U.S.C. §§ 2250 and 753(f), in which he requests copies of: (1) The Arraignment Transcripts; (2) The Complete Plea Colloquies Transcripts; (3) The Complete Sentencing Transcripts; (4) The Search Warrant(s); and (5) The Criminal Docket Sheet. Pursuant to 28 U.S.C. § 753(f), fees for transcripts furnished in proceedings brought under 28 U.S.C. § 2255 are to be paid by the Government if the trial judge "certifies that the suit . . . is not frivolous and that the transcript is needed to decide the issue presented by the suit . . . ."

Accordingly, it is this 15th day of April, 2008, hereby

**ORDERED** that on or before April 22, 2008, the Government shall file a Notice with the Court as to whether it believes each of the items Mr. Casseday seeks are necessary to decide the issues presented in his suit.

**SO ORDERED.**

                                               /s/
                                  COLLEEN KOLLAR-KOTELLY
                                  United States District Judge



Copies to:

Randall Casseday, USM 28791-016
Federal Correctional Institute
P.O. Box 1000
Loretto, PA 15940

Robert D. Okun
Chief, Special Proceedings Section
United States Attorney's Office
555 Fourth Street, NW
Room 11-858
Washington, DC 20001