Copies to: Judge
AUSA – Special Proceedings
Dft.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDALL CASSEDAY,<br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | )<br>) Criminal Case No. 06-329(CKK)<br>) Civil Case No. 08-322<br>)<br>)<br>)<br>) |

FILED
MAY 05 2008
Clerk, U.S. District and
Bankruptcy Courts

PETITIONER'S RESPONSE TO UNITED STATES NOTICE OF POSITION

**RANDALL CASSEDAY**, ("Petitioner"), pro-se, hereby files his response to the United States Notice of Position, states as follows:

1. Petitioner was never given a copy of the search warrant as required by Rule 41(f)(1)(C) and (D). According to the rules governing Rule 41(f) "Executing and Returning the Warrant", subparagraph (c) explains "The officer executing the warrant must give a copy of the warrant and a receipt for the property taken to the person from whom...the property was taken." Subparagraph (D) further describes the procedure: "...The judge must, on request, give a copy of the inventory to the person from whom the property was taken and to the applicant for the warrant."

Petitioner was incarcerated at the time of the search of his office and was never furnished with a copy of the search warrant upon execution, neither by his Counsel nor by the Magistrate. Furthermore, Petitioner never saw nor inspected any copy of the executed and returned warrant, which would include all particulars of that warrant. Therefore, Petitioner is entitled to a copy of the search warrant as provided by Rule 41(f)(1)(C) and (D).

2. Petitioner filed a request for the Docket Sheet pursuant to 28 USC §2250, which states in part "...If on any application for a writ of habeas corpus...permitting the petitioner to prosecute the application in forma pauperis, the clerk...shall furnish to the petitioner without cost certified copies of such documents <u>or parts of the record on file</u> in his office as may be required by order of the judge..."

The Government's position on Petitioner's Motion for Documents under 28 USC §§2250 and 753(f) regarding the Criminal Docket Sheet and search warrant were incorrectly construed in its Notice of Position as being a request under Rule 6(b) Motion. <u>See</u> Gov't. Position Statement at 3, "Because defendant's request for these documents essentially is a request that the government provide him with discovery, his request falls under Rule 6 of the Rules Governing Section 2255 Proceedings. That rule states in part that 'a party requesting discovery must provide reasons for the request.' <u>See</u> Rules Governing Section 2255 Proceedings, Rule 6(b)."

However, Petitioner's 753(f) and 2250 Motion was not clearly indicated as such, and further, Petitioner's request for transcripts correctly falls under 753(f). At no time has Petitioner requested Discovery under Rule 6, or any provisions thereunder, for any documents pertaining to the recently pending §2255 Motion. Moreover, because the Docket Sheet and search warrant are parts of the record on file with the clerk of court in this case, those documents shall be furnished by order of the judge as may be required. <u>See</u> 28 USC §2250. Petitioner set forth the reasons in the Motion filed under §§753(f) and 2250, as well as the reason(s) stated in this response to the Government's

Position. Clearly, these documents are necessary for Petitioner's §2255 claims and Appellate preparation.

Furthermore, although the Court has within its discretion the power to grant this relief, see Cassidy v United States, 304 FSupp 864 (E.D.MO 1969), aff'd 428 F2d 864 (8th Cir 1970), the exercise of that discretion is guided by the principle of Jones v Superintendant, 460 F2d 150 (4th Cir 1970) wherein the United States Court of Appeals for the Fourth Circuit held that a particularized need for same must be demonstrated by Petitioner. Quoting Bozeman v United States, 354 FSupp 1262 (E.D.VA 1973).

THEREFORE, for the reasons stated, Petitioner respectfully moves this Honorable Court to grant his Motion to Receive Documents Pursuant To 28 USC §§753(f) and 2250.

Respectfully Submitted,

_Randall Casseday_
Randall Casseday
USM 28791-016
FCI Loretto
Loretto, PA  15940

Dated this 30 day of April, 2008.