UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RANDALL CASSEDAY,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Crim. Action No. 06-329 (CKK)
Civ. Action No. 08-322

**FILED**

JUN 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(June 24, 2008)

The Court shall allow Petitioner's Motion dated June 9, 2008, and allowed to be filed on June 24, 2008, to be filed under seal until further order of the Court or other resolution of the Motion. The Government shall include a response to the Motion in its consolidated response to Petitioner's 28 U.S.C. 2255 Motion and Supplement due June 27, 2008.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

