**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | **Criminal No. 06-329 (CKK)** |
| | * | **(Civil Action No. 08-332)** |
| **v.** | * | |
| | * | |
| **RANDALL CASSEDAY,** | * | |
| **Defendant.** | * | |

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO**
**FILE: (1) CONSOLIDATED RESPONSE TO**
**DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR**
**CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY AND TO**
**DEFENDANT'S AMENDED 28 U.S.C.§ 2255 MOTION TO VACATE, SET ASIDE, OR**
**CORRECT SENTENCE BY A PRISONER IN FEDERAL CUSTODY PURSUANT TO**
**RULE 15 OF FEDERAL CIVIL JUDICIAL PROCEDURE, AND**
**(2) RESPONSE TO DEFENDANT'S MOTION THAT WAS ACCEPTED FOR**
**FILING ON JUNE 24, 2008**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, respectfully requests that it be allowed: (1) approximately 60 additional

days, or until August 26, 2008, to file its consolidated response to defendant's pro se Motion

under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal

Custody ("initial § 2255 motion") and to his pro se Amended 28 U.S.C. § 2255 Motion to

Vacate, Set Aside, or Correct Sentence by a Prisoner in Federal Custody Pursuant to Rule 15 of

Federal Civil Judicial Procedure ("amended § 2255 motion"), and (2) approximately 25

additional days, or until July 22, 2008, to file its response to defendant's latest motion (which

was filed on or about June 9, 2008 and which was accepted for filing by the Court and received

by the United States on June 24, 2008).  As grounds for these requests, we state as follows:

1.      On November 20, 2006, with a modification accepted by the Court on December 21,

        2006, defendant pled guilty to two counts, one under federal law and one under D.C. law.

In exchange for his guilty plea, the United States agreed (among other things) not to prosecute defendant on a third count and the parties further agreed, pursuant to Fed. R. Crim. P. 11(c)(1)(C), to a sentence of 90 months' imprisonment.  On February 15, 2007, the Court accepted the plea agreement and imposed the agreed-upon sentence.

2.    On or about February 14, 2008, defendant filed his initial § 2255 motion.  He appears to raise three claims in that motion: (1) his guilty plea was not knowing and voluntary because, during the plea colloquy, the Court did not inform him of all of the elements of one of the counts to which he was pleading guilty and thus did not establish that there was a factual basis for his plea; (2) defense counsel Danielle Jahn of the Federal Public Defender was constitutionally ineffective in that she purportedly failed to adequately explain that count to him and advised him to plead guilty even though he told her that one of the elements of that offense was not met; and (3) counsel also was ineffective because he purportedly instructed her to file a Notice of Appeal but she failed to do so.  On February 27, 2008, the Court ordered that the United States file a response to this motion by April 27, 2008.

3.    On or about April 8, 2008, defendant filed a pro se Motion to Receive Specified Court Documents at Government's Expense Pursuant to 28 U.S.C. §§ 2250 and 753(f).  On April 15, 2008, the Court ordered that by April 22, 2008, the United States file a Notice with the Court regarding the documents sought by the defendant.  The United States filed that Notice on April 21, 2008.

4.    On or about April 22, 2008, defendant filed a Motion for Extension of Time to File Supplement to Petitioner's 28 U.S.C. 2255 Motion.  On April 23, 2008, the Court ordered

that defendant file his supplemental § 2255 motion by May 23, 2008 and that the United States file a consolidated response to defendant's § 2255 motions by June 27, 2008.

5. In his amended § 2255 motion, defendant appears to raise three claims: (1) the Court violated Rule 11when it purportedly did not inform him about the reasons for his sentence; (2) defense counsel was constitutionally ineffective in that she did not object to or point out the Rule 11 error allegedly made by the Court; and (3) the search of his office, during which several pieces of incriminating evidence were recovered, violated his Fourth Amendment rights.

6. On or about June 9, 2008, defendant filed what is to date his latest pro se motion. On June 24, 2008, the Court accepted this motion for filing and ordered that the United States include a response to that motion in its consolidated response to defendant's § 2255 motions. The Special Proceedings Division did not receive a copy of the motion that defendant filed on or about June 9, 2008, until June 24, 2008.

7. Despite the best efforts of undersigned counsel to comply with the Court's deadline in this matter, she has been unable to do so. In this regard, we note that over the past 60 days, undersigned counsel has filed substantive responses in approximately four cases, including one case that involved an extensive amount of research; prepared for and participated in two sentencing hearings prompted by the recent retroactive changes to the Sentencing Guidelines applicable in most cases involving crack cocaine; and was out of the office on scheduled leave for six business days in early June. In addition, on June 23, 2008, counsel began an evidentiary hearing regarding a claim of ineffective assistance of counsel in a case in D.C. Superior Court. That hearing, which required preparation and

consultation with potential witnesses, took longer than expected and did not conclude

until June 26.  Moreover, in July, counsel has evidentiary hearings set in three other cases

and expects to have a fourth evidentiary hearing set in either late July or August.  In

addition to her upcoming hearing schedule, counsel also is required to file several

substantive pleadings in other cases over the next sixty days.[1]

8.     For all these reasons, we now seek an extension of approximately 60 days to file our

consolidated response to defendant's § 2255 motions.  We also seek a briefer extension -

approximately 25 days - to file a response to defendant's latest motion (which was filed

on or about June 9, 2008 and received on June 24, 2008).  Defendant's latest motion cites

a number of cases in support of what appears to the Special Proceedings Division to be

an unusual claim for relief, especially in the post-conviction context.  Hence, we expect

that our response to defendant's latest motion will require a not inconsiderable amount of

research.

9.     A proposed Order is attached.

---

[1]   Undersigned counsel also is scheduled for jury duty in this Court between July 11 and July 28.  As the Court is aware, it is impossible to predict how much time this period of jury service will actually entail.

**WHEREFORE**, the United States respectfully requests that it be granted until August 26, 2008, to file its consolidated response to defendant's initial and amended § 2255 motions and that it be granted until July 22, 2008, to file its response to defendant's latest motion (which was accepted for filing on June 24, 2008).

June 26, 2008                                          Respectfully submitted,

                                                       JEFFREY A. TAYLOR
                                                       United States Attorney
                                                       D.C. Bar Number 498-610

                                                       JOHN P. MANNARINO
                                                       Assistant United States Attorney
                                                       Chief, Special Proceedings Division
                                                       D.C. Bar Number 444-384


                                                       ___/s/_____
                                                       MARGARET J. CHRISS
                                                       Assistant United States Attorney
                                                       D.C. Bar Number 452-403
                                                       Special Proceedings Division
                                                       555 4th Street, N.W.
                                                       Washington, D.C.  20530
                                                       (202) 307-0874
                                                       Margaret.Chriss@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, this 26th day of June 2008, a copy of the foregoing Motion for Extension of Time to File: (1) Consolidated Response to defendant's pro se Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and to defendant's pro se Amended 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Prisoner in Federal Custody Pursuant to Rule 15 of Federal Civil Judicial Procedure, and (2) Response to defendant's Motion that was accepted for filing on June 24, 2008, and proposed order, was served via first class mail, postage pre-paid, upon:

Mr. Randall Casseday
Fed. Reg. # 28791-016
FCI Petersburg Low
P.O. Box 1000
Petersburg, VA 23804

    /s/
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | **Criminal No. 06-329 (CKK)** |
| | * | **(Civil Action No. 08-332)** |
| **v.** | * | |
| | * | |
| **RANDALL CASSEDAY,** | * | |
| **Defendant.** | * | |

**<u>ORDER</u>**

Upon consideration of the United States' Motion for Extension of Time to File its: (1)

Consolidated Response to defendant's <u>pro</u> <u>se</u> Motion under 28 U.S.C. § 2255 to Vacate, Set

Aside, or Correct Sentence by a Person in Federal Custody and to defendant's <u>pro</u> <u>se</u> Amended

28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Prisoner in Federal

Custody Pursuant to Rule 15 of Federal Civil Judicial Procedure, and (2) Response to

defendant's latest Motion that was accepted for filing on June 24, 2008, and for good cause

shown, it is this _____ day of _____ 2008 hereby:

**ORDERED** that the motion is granted and that the United States shall file its response:

(1) to defendant's Section 2255 motions by August 26, 2008, and (2) to defendant's Motion that

was accepted for filing on June 24, 2008 by July 22, 2008.

**SO ORDERED**.

                                         _____

                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge

Copies to:

Margaret J. Chriss
Assistant United States Attorney

Mr. Randall Casseday
Fed. Reg. # 28791-016
FCI Petersburg Low
P.O. Box 1000
Petersburg, VA 23804