UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| | * Criminal No. 06-329 (CKK) |
| | * (Civil Action No. 08-332) |
| v. | * |
| | * |
| RANDALL CASSEDAY, | * |
| Defendant. | * |

**FILED**
JUN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the United States' Motion for Extension of Time to File its: (1) Consolidated Response to defendant's pro se Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and to defendant's pro se Amended 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Prisoner in Federal Custody Pursuant to Rule 15 of Federal Civil Judicial Procedure, and (2) Response to defendant's latest Motion that was accepted for filing on June 24, 2008, and for good cause shown, it is this 26th day of June 2008 hereby:

**ORDERED** that the motion is granted and that the United States shall file its response: (1) to defendant's Section 2255 motions by August 26, 2008, and (2) to defendant's Motion that was accepted for filing on June 24, 2008 by July 22, 2008.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge

<u>Copies to</u>:

Margaret J. Chriss
Assistant United States Attorney

Mr. Randall Casseday
Fed. Reg. # 28791-016
FCI Petersburg Low
P.O. Box 1000
Petersburg, VA 23804

2