Copies to: Judge
          AUSA - Special Proceedings
          Dft.

June 30, 2008

The Honorable Judge Colleen Kollar-Kotelly
United States District Court for the
     District of Columbia
E. Barrett Prettyman U.S Courthouse
333 Constitution Ave. NW
Washington, D.C. 20001

FILED
JUL     2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR

Re: Randall Casseday v United States, 06-329 (ckk), 08-322 (c.v.1)

Dear Judge Kollar-Kotelly,

Please be advised that I, Randall Casseday, in the above stated matter, have been transferred from FCI Loretto, Loretto, PA, to FCC Petersburg Low, Petersburg, VA.
Thank you for your attention to this matter.

Respectfully,

Randall Casseday
Randall Casseday
USM 28791-016
FCC Petersburg Low
P.O. Box 1000
Petersburg, VA 23804