UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | Criminal No. 06-329 (CKK) |
| | * | (Civil Action No. 08-332) |
| v. | * | |
| | * | |
| RANDALL CASSEDAY, | * | |
| Defendant. | * | |

**UNITED STATES' SECOND MOTION FOR EXTENSION OF TIME TO
FILE RESPONSE TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 TO
VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL
CUSTODY AND TO DEFENDANT'S AMENDED 28 U.S.C.§ 2255 MOTION TO
VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PRISONER IN FEDERAL
CUSTODY PURSUANT TO RULE 15 OF FEDERAL CIVIL JUDICIAL PROCEDURE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that it be allowed approximately 15 additional days, or until September 9, 2008, to file its response to defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("initial § 2255 motion") and to his Amended 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Prisoner in Federal Custody Pursuant to Rule 15 of Federal Civil Judicial Procedure ("amended § 2255 motion").  As grounds for this request, we state as follows:

1. In late 2006, pursuant to Fed. R. Crim. P. 11(c)(1)(C), defendant pled guilty to two of three counts in the criminal Information in this matter.  On February 15, 2007, the Court accepted the plea agreement and imposed the agreed-upon sentence of 90 months' imprisonment.

2. On or about February 14, 2008, defendant filed his initial § 2255 motion.  On or about April 23, 2008, he filed his amended § 2255 motion.  In these motions, defendant appears to seek to withdraw his guilty plea, arguing that he should be permitted to do so because

       there allegedly were errors in the Rule 11 colloquy and at his sentencing and because his attorney purportedly provided ineffective assistance of counsel.

3.     The United States' response to these motions is due August 26, 2008. We regret that we are unable to meet that deadline, and in explanation of our request for a brief extension of time, we note that several of undersigned counsel's pending assignments over the past six weeks raised more complex issues than first expected and thus took longer than anticipated to complete. Hence, counsel has been unable to complete the United States' response by the current due date. For these reasons, we now seek a brief extension of approximately 15 days to file our response to defendant's § 2255 motions.

4.     Defendant will not be unduly prejudiced if the Court grants this motion.

5.     A proposed Order is attached.

**WHEREFORE**, the United States respectfully requests that it be granted until September 9, 2008, to file its response to defendant's initial and amended § 2255 motions.

August 25, 2008                                      Respectfully submitted,

                                                     JEFFREY A. TAYLOR
                                                     United States Attorney
                                                     D.C. Bar Number 498-610

                                                     JOHN P. MANNARINO
                                                     Assistant United States Attorney
                                                     Chief, Special Proceedings Division
                                                     D.C. Bar Number 444-384


                                                     ____/s/_____
                                                     MARGARET J. CHRISS
                                                     Assistant United States Attorney
                                                     D.C. Bar Number 452-403
                                                     Special Proceedings Division
                                                     555 4th Street, N.W.
                                                     Washington, D.C. 20530
                                                     (202) 307-0874
                                                     Margaret.Chriss@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, this 25th day of August 2008, a copy of the foregoing Second Motion for Extension of Time to File Response to defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and to his Amended 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Prisoner in Federal Custody Pursuant to Rule 15 of Federal Civil Judicial Procedure, and proposed order, was served via first class mail, postage pre-paid, upon:

Mr. Randall Casseday
Fed. Reg. # 28791-016
FCI Petersburg Low
P.O. Box 1000
Petersburg, VA 23804

                                                     __/s/_____
                                                     Assistant United States Attorney

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| | *  Criminal No. 06-329 (CKK) |
| | *  (Civil Action No. 08-332) |
| **v.** | * |
| | * |
| **RANDALL CASSEDAY,** | * |
| Defendant. | * |

**ORDER**

Upon consideration of the United States' Second Motion for Extension of Time to File its Response to defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and to his Amended 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Prisoner in Federal Custody Pursuant to Rule 15 of Federal Civil Judicial Procedure, and for good cause shown, it is this _____ day of _____ 2008 hereby:

**ORDERED** that the motion is granted and that the United States shall file its response to defendant's section 2255 motions by September 9, 2008.

**SO ORDERED**.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

<u>Copies to</u>:

Margaret J. Chriss
Assistant United States Attorney

Mr. Randall Casseday
Fed. Reg. # 28791-016
FCI Petersburg Low
P.O. Box 1000
Petersburg, VA 23804